UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE BURNS,<br><br>        Petitioner,<br><br>    v.<br><br>ROSANNE CAMPBELL, WARDEN,<br><br>        Respondent. | Case No. SA CV 00-615-CJC (PJW)<br><br>ORDER DISMISSING HABEAS CORPUS PETITION AS MOOT |

    Petitioner claimed in this habeas corpus case that his Three Strikes sentence of 25 years to life violated his Eighth Amendment right to be free from cruel and unusual punishment.  In 2002, the case was stayed so that he could seek relief in the state court.  In October 2015, Petitioner's counsel advised the Court that, in November 2014, the state court resentenced him to a six-year term.  He has since been released from custody.  The state court's decision renders the instant Petition--challenging only the Three Strikes sentence--moot.  *See Lane v. Williams*, 455 U.S. 624, 631 (1982) (holding habeas petition moot where petitioners challenged only their sentences, which

expired during the course of habeas proceedings).  For this reason, the Petition is dismissed.

IT IS SO ORDERED.

DATED:    April 7, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\04-07-16 Order dismissing.wpd