JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE BURNS,<br><br>        Petitioner,<br><br>    v.<br><br>ROSANNE CAMPBELL, WARDEN,<br><br>        Respondent. | CASE NO. SA CV 00-615-CJC (PJW)<br><br>J U D G M E N T |

Pursuant to the Order filed herewith,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: April 7, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE